IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KYLE COSTELLO, | : |
| | : |
| Petitioner, | : |
| | : CIVIL ACTION |
| v. | : |
| | : |
| | : |
| WARDEN OF S.C.I. HUNTINGTON, et al., | : NO. 15-2636 |
| | : |
| | : |
| Respondents. | : |

## ORDER

**AND NOW**, this 18th day of April, 2016, upon careful and independent consideration of the Petition for Writ of Habeas Corpus, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, **IT IS HEREBY ORDERED** that:

1. The Report and Recommendation is **APPROVED AND ADOPTED**.[1]

2. The Petition for Writ of Habeas Corpus is **DENIED AND DISMISSED WITHOUT AN EVIDENTIARY HEARING**.

3. There is no probable cause to issue a certificate of appealability.

The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.

---

[1] I note that the petitioner did not file objections to the Report and Recommendation